459 A.2d 430

Commonwealth v. Ford, Appellant.

Reargument Denied May 20, 1983.

Petition for Allowance of Appeal
Denied Sept. 2, 1983.

Submitted September 9, 1982. George Henry Newman, for appellant;

594

Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Affirmed.